Compas Medical, P.C., as Assignee of Fearon, Lansha, Appellant, 
against
Citiwide Auto Leasing, Respondent.




The Rybak Firm, PLLC (Damin J. Toell, Esq.), for appellant.
Palmieri, Castiglione & Nightingale, P.C. (Michael S. Nightingale, Esq.), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Carolyn E. Wade, J.), entered June 16, 2014. The order granted defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, defendant moved for summary judgment dismissing six of the causes of action as premature on the ground that plaintiff had failed to provide requested verification as to those claims, and dismissing the remaining cause of action on the ground that plaintiff's assignor had failed to appear for duly scheduled independent medical examinations (IMEs). The Civil Court granted defendant's motion.
Contrary to plaintiff's arguments, defendant's proof was sufficient to demonstrate that it had properly mailed the verification requests, IME scheduling letters and denial of claim form at issue (see St. Vincent's Hosp. of Richmond v Government Empls. Ins. Co., 50 AD3d 1123 [2008]), and that it had not received the verification that it had requested as to the relevant six causes of action.
Accordingly, the order is affirmed.
PESCE, P.J., ALIOTTA and SOLOMON, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: September 22, 2017